IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RIVER CROSS LAND COMPANY,
LLC, A FLORIDA LIMITED LIABILITY
COMPANY, AND CHRISTOPHER E.
DORWORTH,

      Appellants,

 v.

Case No. 5D22-293
LT Case No. 2020-CA-001202

SEMINOLE COUNTY, FLORIDA,

      Appellee.

_____/

Decision filed March 21, 2023

Appeal from the Circuit Court
for Seminole County,
Randell H. Rowe, III, Judge.

Shannon McLin, William D. Palmer, Erin
Pogue Newell, and Earle Peterson, Jr., of
Florida Appeals, Orlando, for Appellants.

Beverly A. Pohl, of Nelson Mullins Riley &
Scarborough LLP, Ft. Lauderdale, and
Todd K. Norman, Laura Jo O. Thacker,
and Olivia R. Share, of Nelson Mullins
Riley & Scarborough LLP, Orlando, and
David A. Monaco, of The Carlyle Appellate
Law Firm, Orlando, for Appellee.

PER CURIAM.

AFFIRMED.

LAMBERT, C.J., EDWARDS and JAY, JJ., concur.